United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Dondrell Haines<br>Rasheda Haines<br>1111 Duke Lane<br>Albany, GA 31707 | Chapter 13<br><br>Case No. 03-12306-JDW |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to William E. Tanner, Clerk of the United States Bankruptcy Court, the sum of $1226.96 in unclaimed funds of Grand Seas Resort, creditor.

Last Known Address (Most recent listed left to right):


Grand Seas Resort
Attn Lyn Sbarglia
Po Box 2006
Ormond Beach, FL 32175


Dated: 3/18/2010

/s/ A. Kristin Hurst
A. Kristin Hurst, Trustee